[No. 6960–1.   Division One.   November 26, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ROBERTSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 7670, Daniel T. Kershner, J., entered August 28, 1978. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by Swanson and Dore, JJ.

[No. 3038–3.   Division Three.   November 27, 1979.]

GENE R. TAYLOR, *Respondent*, v. MCNEILL ORCHARDS, INC., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Douglas County, No. 10679, B. J. McLean, J., entered August 14, 1978. *Affirmed in part* and *remanded* by unpublished opinion per Roe, J., concurred in by Munson and McInturff, JJ.